**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DOUGLAS LABARE, Derivatively on Behalf of OCEAN POWER TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES DUNLEAVY, MARK A. FEATHERSTONE, TERENCE J. CRYAN, DR. GEORGE W. TAYLOR, EILEEN M. COMPETTI, DAVID L. KELLER, GEORGE H. KIRBY III, DEAN J. GLOVER, AND SEYMOUR S. PRESTON III, <br><br> Defendants, <br><br> And <br><br> OCEAN POWER TECHNOLOGIES, INC., <br><br> Nominal Defendant. | Case No.: 3:15-cv-01980-FLW-LHG |

**ORDER PRELIMINARILY APPROVING**
**DERIVATIVE SETTLEMENT AND PROVIDING FOR NOTICE**

WHEREAS, the parties to the above-captioned consolidated shareholder derivative action (the "Action") have made an application, pursuant to Federal Rule of Civil Procedure 23.1, for an order: (i) preliminarily approving the Stipulation and Agreement of Settlement dated October 23, 2017 (the "Stipulation"), which, together with the exhibits annexed thereto, sets forth the terms and conditions for the proposed settlement and dismissal of the Action with prejudice; and (ii) approving the form and content of the Notice to Current Ocean Power Stockholders (the "Notice"), in which Ocean Power shall cause a Current Report on Form 8-K to be filed with the SEC that attaches the Notice, and post on the investor relations portion of its website the Notice together with the Stipulation;

1

WHEREAS, all capitalized terms contained herein shall have the same meanings as set forth in the Stipulation (unless otherwise defined herein); and

WHEREAS, the Court has read and considered the Stipulation and the exhibits annexed thereto, and all Settling Parties have consented to the entry of this Preliminary Approval Order,

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Court does hereby preliminarily approve, subject to further consideration at the Settlement Hearing described below, the Stipulation and the Settlement set forth therein, including the terms and conditions for settlement and dismissal with prejudice of the Action.

2. A hearing (the "Settlement Hearing") shall be held before the Court on <u>May 14, 2018 at 10:30 a.m.</u>, at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, Court Room 5E, 402 East State Street, Trenton, New Jersey 08608, to determine: (i) whether the terms and conditions of the Settlement set forth in the Stipulation are fair, reasonable, and adequate to Ocean Power and Current Ocean Power Stockholders and should be finally approved by the Court; (ii) whether a Judgment finally approving the Settlement, substantially in the form of Exhibit D attached to the Stipulation, should be entered, dismissing the Action with prejudice and releasing and enjoining the prosecution of any and all Released Claims; and (iii) whether Plaintiffs' Counsel's Fee Award, including any Service Awards to Plaintiffs, should be finally approved. At the Settlement Hearing, the Court may hear or consider such other matters as the Court may deem necessary and appropriate.

3. The Court approves, as to form and content, the Notice attached as Exhibit B to the Stipulation, and finds that the posting of such Notice substantially in the manner and form set forth in this Order meets the requirements of Federal Rule of Civil Procedure 23.1 and due process, is the best notice practicable under the circumstances, and shall constitute due and sufficient notice

to Current Ocean Power Stockholders and all other Persons entitled thereto.  Non-material changes to the form of the Notice may be made without further approval of the Court.

4. Not later than seven (7) calendar days following entry of this Order, Ocean Power shall:  (i) cause a Current Report on Form 8-K to be filed with the SEC that attaches a copy of the Notice; and (iii) post on the Investor Relations portion of its website the Notice together with the Stipulation.

5. All papers in support of the Settlement and the Fee Award, including any Service Awards, shall be filed with the Court and served at least twenty-one (21) calendar days prior to the Settlement Hearing, and any reply papers shall be filed with the Court at least seven (7) calendar days prior to the Settlement Hearing.

6. Any Current Ocean Power Stockholder may object and/or appear and show cause, if he, she, or it has any concern, why the Settlement should not be finally approved as fair, reasonable, and adequate, why the Judgment should not be entered thereon, or why the Fee Award, including any Service Awards, should not be finally approved.  Unless otherwise ordered by the Court, no Current Ocean Power Stockholder shall be heard or entitled to contest the approval of the terms and conditions of the Settlement, or, if approved, the Judgment to be entered thereon approving the same, or the Fee Award, unless that stockholder has, at least fourteen (14) calendar days prior to the Settlement Hearing: (1) filed with the Clerk of the Court a written objection to the Settlement setting forth: (a) the nature of the objection; (b) proof of ownership of Ocean Power common stock as of October 23, 2017 and through the date of the Settlement Hearing, including the number of shares of Ocean Power common stock held and the date of purchase; (c) any and all documentation or evidence in support of such objection; and (d) the identities of any cases, by name, court, and docket number, in which the stockholder or his, her, or its attorney has objected

3

to a settlement in the last three years; and (2) if a Current Ocean Power Stockholder intends to appear and requests to be heard at the Settlement Hearing, such stockholder must have, in addition to the requirements of (1) above, filed with the Clerk of the Court: (a) a written notice of such stockholder's intention to appear at the Settlement Hearing; (b) a statement that indicates the basis for such appearance; (c) the identities of any witnesses the stockholder intends to call at the Settlement Hearing and a statement as to the subjects of their testimony; and (d) any and all evidence that would be presented at the Settlement Hearing.  If a Current Ocean Power Stockholder files a written objection and/or written notice of intent to appear, such stockholder must also simultaneously serve copies of such notice, proof, statement, and documentation, together with copies of any other papers or briefs such stockholder files with the Court (either by hand delivery or by first class mail and postmarked at least fourteen (14) calendar days before the Settlement Hearing) upon each of the following:

| | |
|---|---|
| Laurence M. Rosen<br>THE ROSEN LAW FIRM, P.A.<br>609 W. South Orange Avenue, Suite 2P<br>South Orange, NJ 07079<br><br>*Lead Counsel for Plaintiffs*<br><br>Jeffrey J. Greenbaum<br>SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br><br>Ian Shapiro<br>COOLEY LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br><br>*Counsel for Defendant Charles Dunleavy* | Michael Kichline<br>Stuart T. Steinberg<br>DECHERT, LLP<br>2929 Arch Street<br>Philadelphia, PA 19104<br><br>*Counsel for Nominal Defendant Ocean Power Technologies, Inc. and Defendants Mark A. Featherstone and George H. Kirby III*<br><br>Angelo A. Stio III<br>PEPPER HAMILTON<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276<br><br>*Counsel for Defendant George Taylor* |

Bradley J. Bondi
CAHILL GORDON & REINDEL LLP
80 Pine Street,
New York, NY 10005-1702

*Counsel for Defendants Eileen M. Competti, Terence J. Cryan, Dean J. Glover, David L. Keller, and Seymour S. Preston, III*

Any Current Ocean Power Stockholder who does not make his, her, or its objection in the manner provided herein shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness, reasonableness, or adequacy of the Settlement or the Fee Award, including any Service Awards, as set forth in the Stipulation, unless otherwise ordered by the Court, but shall be forever bound by the Judgment to be entered, the dismissal of the Action with prejudice, and any and all of the releases set forth in the Stipulation.

7. At least ten (10) business days prior to the Settlement Hearing, Defendants' Counsel shall serve on The Rosen Law Firm, P.A., and file with the Court, proof, by affidavit or declaration, of the publication, filing, and posting of the Notice.

8. All Current Ocean Power Stockholders shall be bound by all orders, determinations, and judgments in the Action concerning the Settlement, whether favorable or unfavorable to Current Ocean Power Stockholders.

9. Pending final determination of whether the Settlement should be approved, neither Plaintiffs or Plaintiffs' Counsel, nor any Current Ocean Power Stockholders or other Persons, either directly, representatively, or derivatively on behalf of Ocean Power, or in any other capacity, shall commence or prosecute, or in any way instigate or participate in the commencement or prosecution of, any action or proceeding asserting any Released Claims against any of the Individual Defendants, Ocean Power, or any other Released Person, in any court or tribunal.

10.     If the Stipulation is terminated pursuant to its terms, or the Effective Date does not otherwise occur, all proceedings in the Action will revert to their status as of the date immediately preceding the date of the Stipulation.

11.     The Court reserves the right to adjourn the date of the Settlement Hearing or modify any other dates set forth herein without further notice to Current Ocean Power Stockholders, and retains jurisdiction to consider all further applications arising out of or connected with the Settlement. The Court may approve the Settlement and any of its terms, with such modifications as may be agreed to by the Settling Parties, if appropriate, without further notice to Current Ocean Power Stockholders.

IT IS SO ORDERED.

DATED: 3/8/18

_____
HONORABLE FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE